

NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 14, 2009

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

DAVID WILLIAM EASON
JO LYNN EASON

CASE NO: 09-70040-HDH-13
HEARING DATE: 10/28/2009
HEARING TIME: 11:00 AM

### ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC). It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2006-08, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

The secured claim filed by Wichita County in the amount of $4,227.09 shall be fully valued at $99,808. The portion of the claim for 2008 property taxes in the amount of $2,184.09 shall be treated through the plan at 12% interest over 53 months with a payment of $66.54 per month. The portion of the claim for 2009 property taxes in the amount of $2,043.00 shall be shown as paid direct.

Debtor shall pay $670 per month beginning March 2009 for 8 months; then Debtor shall pay $890 per month beginning November 2009 for the remaining 52 months for a total plan base amount of $51,640.00.

# # # End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee